IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR 03-267-GEB |
| Plaintiff, | ) ) ) | ORDER TO CONTINUE STATUS CONFERENCE |
| v. | ) ) | |
| AROUTIOUN SARGSIAN, | ) ) | |
| Defendant. | ) ) | |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the status conference in the above-captioned case be continued to May 20, 2005 at 9:00 a.m.  IT IS FURTHER ORDERED THAT the time form the date of this Order to May 20, 2005 be excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(iv) (reasonable time to prepare) and Local Rule T4.

Dated:  April 25, 2005

```
                              /s/ Garland E. Burrell, Jr.
                              GARLAND E. BURRELL, JR.
                              United States District Judge
```