UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR 03-267-GEB |
| ) | |
| Plaintiff, ) | ORDER CONTINUING |
| ) | SCHEDULE FOR DISCLOSURE OF |
| v. ) | PRESENTENCE REPORT, FILING OF |
| ) | OBJECTIONS TO THE PRESENTENCE |
| AROUTIOUN SARGSIAN, ) | REPORT AND SENTENCING |
| ) | |
| Defendant. ) | |
| _____ ) | |

The parties having stipulated thereto and good cause appearing therefor, IT IS ORDERED that the schedule for disclosure of presentence report, filing of objections to the presentence report and sentencing be continued as follows:

IT IS HEREBY ORDERED that:

| | |
|---|---|
| Judgment and Sentencing Date: | November 18, 2005 |
| Reply, or Statement of Non-Opposition: | November 11, 2005 |
| Motion for Correction of the Presentence Report Shall be Filed with the Court and Served on the Probation Officer and Opposing Counsel no Later Than: | November 4, 2005 |
| The Presentence Report Shall be Filed with the Court and Disclosed to Counsel no Later Than: | October 28, 2005 |

///

| | |
|---|---|
| Counsel's Written Objections to the Presentence Report Shall be Delivered to the Probation Officer and Opposing Counsel no Later Than: | October 21, 2005 |
| The Proposed Presentence Report Shall be Disclosed to Counsel no Later Than | October 7, 2005 |

DATED:  August 4, 2005

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge